IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**LUCAS EDWARDS**                                                                             **PETITIONER**

**v.**                                  **No. 4:21CV104-DMB-JMV**

**TIMOTHY MORRIS**                                                        **RESPONDENT**

## ORDER SEALING DOCUMENT

Upon review of the Petition for Writ of Habeas Corpus [1], filed August 23, 2021, the Court finds the petition contains information that personally identifies an alleged rape victim. Accordingly, IT IS ORDERED that the petition shall be SEALED; and, within seven (7) days of this date, Petitioner must refile the petition with the name of any person identified as a rape victim redacted *where the person is identified as such*.

So Ordered this 7th day of September, 2021.

                                                                          /s/ Jane M. Virden
                                                                          U.S. Magistrate Judge