**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**LUCAS EDWARDS**                                                                     **PETITIONER**

**v.**                                                                    **No. 4:21CV104-DMB-JMV**

**TIMOTHY MORRIS**                                                       **RESPONDENT**

## ORDER SEALING DOCUMENT

Upon review of the amended petition for writ of habeas corpus [3], filed September 28, 2021, the Court finds the petition includes school records and information that personally identifies a minor. Because the amended petition has been filed in contravention of Rule 5.2 of the Federal Rules of Civil Procedure, it is, therefore, ORDERED that the amended petition shall be SEALED and remain sealed until further order of the court.

So Ordered this 14th day of October, 2021.

                                                                      /s/ Jane M. Virden
                                                                      U.S. Magistrate Judge