IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**LUCAS EDWARDS**                                                             **PETITIONER**

v.                                               No. 4:21CV104-DMB-JMV

**TIMOTHY MORRIS**                                        **RESPONDENT**

### ORDER DIRECTING STATE TO RESPOND

Lucas Edwards has filed a petition for relief under 28 U.S.C. § 2254. It is **ORDERED:**

1. That no later than January 31, 2022, respondent, through Lynn Fitch, Attorney General of the State of Mississippi, must file an answer, motion, or other response to this action. **In the event of filing an answer, respondent must also file full and complete transcripts of all proceedings in the state courts of Mississippi arising from the charge of possession of a firearm by a convicted felon in the Circuit Court of Sunflower County, Mississippi (to the extent such are relevant to the State's response).**

2. That within 14 days of service upon him of a copy of respondent's answer, motion, or other response, petitioner may file his reply to the allegations contained in such pleading.

3. That the Clerk of this court will serve by email (Return Receipt, High Importance) a copy of the petition, this order, acknowledgment of service of process form, and any other initial filings, upon Lynn Fitch, Attorney General of the State of Mississippi, or her lawful successor, to Assistant Attorneys General Jerrolyn Owens and Bridgette Grant. The respondent must electronically file the completed acknowledgment of service of process form upon receipt.

4. That Petitioner is warned that failure to keep this court informed of his current address could

lead to dismissal of his lawsuit.

    SO ORDERED, this, the 17th day of November, 2021.

                                    /s/ Jane M. Virden
                                    U.S. Magistrate Judge