IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**LUCAS EDWARDS**                                                                                  **PETITIONER**

**V.**                                                                    **NO. 4:21-CV-104-DMB-JMV**

**TIMOTHY MORRIS**                                                       **RESPONDENT**

## ORDER

On July 14, 2022, United States Magistrate Judge Jane M. Virden issued a Report and Recommendation ("R&R") recommending that Lucas Edwards' amended petition for a writ of habeas corpus be dismissed and his "Motion for Transport for Hearing" be denied. Doc. #24. No objections to the R&R were filed.[1]

"With respect to those portions of the report and recommendation to which no objections were raised, the Court need only satisfy itself that there is no plain error on the face of the record." *Gauthier v. Union Pac. R.R. Co.*, 644 F. Supp. 2d 824, 828 (E.D. Tex. 2009) (citing *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1428–29 (5th Cir. 1996)). The Court has reviewed the R&R and finds no plain error on the face of the record. Accordingly, the R&R [24] is **ADOPTED** as the order of the Court. Edwards' petition for a writ of habeas corpus, as amended [10] is **DISMISSED with prejudice**, and the motion to transport [22] is **DENIED**.

**SO ORDERED**, this 7th day of October, 2022.

                                                                            **/s/Debra M. Brown**
                                                                            **UNITED STATES DISTRICT JUDGE**

---

[1] The Court, on Edwards' motion, extended until August 11 his deadline to file objections. Doc. #26. On August 12, Edwards' counsel, by e-mail to the Court, requested an additional extension until August 17.